PHILIP LIPPE, Appellant, *v.* JOHN L. FINK, Respondent.

(Submitted October 9, 1931; decided October 23, 1931.)

*Irving L. Rollins* for appellant.

*Herman B. Forman* and *Thilo C. Schulze* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.